Wednesday, June 4, 2014

Misc. No. 14–8018/AF. Sean M. Oliver, Appellant v. United States, and Brigadier General Patrick X. Mordente, in his official capacity as Commander, 86th Air Base Wing, United States Air Force, Appellees. CCA 2014–04. On consideration of the writ-appeal petition it is ordered that said petition is hereby denied without prejudice.